

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-15-00786-CR

Johnny Lee **SIZEMORE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-15-0000049
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 16, 2016.

_____
Karen Angelini, Justice